IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| SHERON JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | FILE NO. 6:17-cv-00003 |
| WAL-MART STORES, INC. and ) | |
| WAL-MART REALTY COMPANY, ) | |
| ) | |
| Defendants. ) | |

## ORDER TO ADD PROPER PARTY, DISMISS IMPROPER PARTIES AND TO RECAST THE CAPTION OF THE COMPLAINT

Plaintiff and Defendants, having jointly moved the Court for an order under Fed. R. Civ. P. 21 to add proper party Defendant WAL-MART STORES EAST, LP and dismiss WAL-MART STORES, INC. and WAL-MART REALTY COMPANY, and to recast the caption of the Complaint; and the Court, having considered said motion, hereby GRANTS the parties' motion as submitted.

IT IS ORDERED that WAL-MART STORES EAST, LP is added as proper party Defendant and WAL-MART STORES, INC. and WAL-MART REALTY COMPANY, are dismissed without prejudice, and the caption of this Complaint will hereinafter be styled as: SHERON JOHNSON, Plaintiff v. WAL-MART STORES EAST, LP, Defendant. It is further ordered WAL-MART STORES EAST, LP shall be substituted each and every place WAL-MART STORES, INC. and/or WAL-MART REALTY COMPANY is named in Plaintiff's

pleadings as if WAL-MART STORES, INC. and WAL-MART REALTY COMPANY had never been named.

      **IT IS SO ORDERED** this 27th day of January, 2017.

*/s/ J.R. Smith*
Judge, United States District Court
Southern District of Georgia
Statesboro Division