AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

SHERON JOHNSON,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

**V.**

CASE NUMBER: CV 617-003

WAL-MART STORES EAST, LP,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with the Order of this Court entered on July 30, 2018, Defendant's Motion for Summary Judgment is GRANTED. Judgment is ENTERED in favor of Defendant on all of Plaintiff's claims. This case stands CLOSED.

July 30, 2018
*Date*

Scott L. Poff
*Clerk*

*Morgan A. Akins*
*(By)* *Deputy Clerk*

GAS Rev 10/1/03